LEELAND PEAKE, Plaintiff-Appellee, *v.* THE VILLAGE OF ROSEMONT *et al.*, Defendants-Appellants.

(No. 57290; ▮▮▮▮▮▮▮▮▮▮

First District (2nd Division)—May 8, 1973.

PER CURIAM.

Ancel, Glink, Diamond & Murphy, of Chicago, (Marvin J. Glink and Ronald S. Cope, of counsel,) for appellants.

Leroy A. Garr, of Chicago, (Sidney Z. Karasik, of counsel,) for appellee.